Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V                                                                                    Crim. No. 3:95CR03089-031/RV

BUSTER SAPP

      On June 14, 1996, the above named was sentenced to a period of ten years supervised release (TSR). On February 16, 2000, the term of TSR was reduced to five (5) years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Buster Sapp be discharged from supervised release.

Respectfully submitted,

Russell A. Szafran
U.S. Probation Officer

### ORDER OF THE COURT

      Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this _____ day of _____, 20___.

Roger Vinson
Senior U.S. District Judge

OFFICE OF CLERK
U.S. DISTRICT CT
NORTHERN DIST. FLA.

06 AUG -4 AM 10: 10

FILED